# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

BETTY JEAN NAPIER

v.

TITAN MANAGEMENT SERVICES, LLC, and
FREDERICK ALLEN HOWARD

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C08 00910 RS

*E-FILING*
*ADR*

TO: (Name and address of defendant)

Frederick Allen Howard
Titan Management Services, LLC
2160 Satellite Boulevard, Suite 350
Duluth, GA  30097-4074

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Fred W. Schwinn, Esq.
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, CA  95113-2418

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

DATE FEB 1 2 2008

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Fred W. Schwinn (SBN 225575)<br>Consumer Law Center, Inc.<br>12 South First Street, Suite 1014<br>San Jose, California 95113-2418<br>TELEPHONE NO.: (408) 294-6100   FAX NO. *(Optional)*: (408) 294-6190<br>E-MAIL ADDRESS *(Optional)*: fred.schwinn@sjconsumerlaw.com<br>ATTORNEY FOR *(Name)*: PLAINTIFF | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: UNITED STATES DISTRICT COURT FOR THE
MAILING ADDRESS: NORTHERN DISTRICT OF CALIFORNIA
CITY AND ZIP CODE: 280 South First Street, Room 2112
BRANCH NAME: San Jose, California 95113

PLAINTIFF/PETITIONER: BETTY JEAN NAPIER

DEFENDANT/RESPONDENT: TITAN MANAGEMENT SERVICES, LLC, ET AL.

CASE NUMBER: C08-00910-RS

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [X] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents)*: Order Setting Initial Case Management Conference; Standing Order Regarding Case Management in Civil Cases; Consent to Proceed Before a US Magistrate Judge; ECF Registration Information Handout
3. a. Party served *(specify name of party as shown on documents served)*:
   FREDERICK ALLEN HOWARD

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   2160 Satellite Boulevard, Suite 350
   Duluth, GA 30097-4074
5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:     (2) at *(time)*:
   b. [ ] **by substituted service.** On *(date)*:     at *(time)*:     I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:     from *(city)*:     or [ ] a declaration of mailing is attached.
   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| PLAINTIFF/PETITIONER: BETTY JEAN NAPIER | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: TITAN MANAGEMENT SERVICES, LLC | C08-00910-RS |

5. c. [X] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
    (1) on *(date)*: February 14, 2008      (2) from *(city)*: San Jose, California
    (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.) (Code Civ. Proc., § 415.30.)
    (4) [X] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
  d. [ ] **by other means** *(specify means of service and authorizing code section)*:

    [X] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. [ ] as an individual defendant.
  b. [ ] as the person sued under the fictitious name of *(specify)* :
  c. [ ] as occupant.
  d. [ ] On behalf of *(specify)* :
    under the following Code of Civil Procedure section:
      [ ] 416.10 (corporation)      [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)      [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association)      [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership)      [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)      [ ] 415.46 (occupant)
                                        [ ] other:

7. **Person who served papers**
  a. Name: Fred W. Schwinn
  b. Address: 12 South First Street, Suite 1014, San Jose, CA 95113-2418
  c. Telephone number: (408) 294-6100
  d. **The fee** for service was: $
  e. I am:
    (1) [ ] not a registered California process server.
    (2) [X] exempt from registration under Business and Professions Code section 22350(b).
    (3) [ ] registered California process server:
      (i) [ ] owner    [ ] employee    [ ] independent contractor.
      (ii) Registration No.:
      (iii) County:

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or

9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: March 28, 2008



Fred W. Schwinn (SBN 225575)     ▶ _____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)      (SIGNATURE)

Case 5:08-cv-00910-RMW   Document 5   Filed 03/28/2008   Page 4 of 7

MC-020

SHORT TITLE: NAPIER v. TITAN MANAGEMENT SERVICES, LLC, et al.

CASE NUMBER: C08-00910-RS



(Required for verified pleading) The items on this page stated on information and belief are (specify item numbers, not line numbers):

This page may be used with any Judicial Council form or any other paper filed with the court.

Page 3

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]
Optional Form
Martin Dean's Essential Forms ™

**ADDITIONAL PAGE**
Attach to Judicial Council Form or Other Court Paper

CRC 201, 501

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Fred W. Schwinn (SBN 225575)<br>Consumer Law Center, Inc.<br>12 South First Street, Suite 1014<br>San Jose, California 95113-2418<br>TELEPHONE NO.: (408) 294-6100    FAX NO. *(Optional)*: (408) 294-6190<br>E-MAIL ADDRESS *(Optional)*: fred.schwinn@sjconsumerlaw.com<br>ATTORNEY FOR *(Name)*: PLAINTIFF | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: UNITED STATES DISTRICT COURT FOR THE
MAILING ADDRESS: NORTHERN DISTRICT OF CALIFORNIA
CITY AND ZIP CODE: 280 South First Street, Room 2112
BRANCH NAME: San Jose, California 95113

| PLAINTIFF/PETITIONER: BETTY JEAN NAPIER | CASE NUMBER:<br>C08-00910-RS |
|---|---|
| DEFENDANT/RESPONDENT: TITAN MANAGEMENT SERVICES, LLC, ET AL. | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [X] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents)*: Order Setting Initial Case Management Conference; Standing Order Regarding Case Management in Civil Cases; Consent to Proceed Before a US Magistrate Judge; ECF Registration Information Handout
3. a. Party served *(specify name of party as shown on documents served)*:
      FREDERICK ALLEN HOWARD

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   10665 Nellie Brook Court C
   Duluth, GA 30097-1901
5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:                      (2) at *(time)*:
   b. [ ] **by substituted service.** On *(date)*:           at *(time)*:           I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:           from *(city)*:           or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | Martin Dean's<br>Essential Forms™ | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: BETTY JEAN NAPIER | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: TITAN MANAGEMENT SERVICES, LLC | C08-00910-RS |

5. c. [X] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
   - (1) on *(date)*: February 14, 2008     (2) from *(city)*: San Jose, California
   - (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.) (Code Civ. Proc., § 415.30.)
   - (4) [X] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
   d. [ ] **by other means** *(specify means of service and authorizing code section)*:

   [X] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify)*:
   c. [ ] as occupant.
   d. [ ] On behalf of *(specify)*:
      under the following Code of Civil Procedure section:
      - [ ] 416.10 (corporation)          [ ] 415.95 (business organization, form unknown)
      - [ ] 416.20 (defunct corporation)  [ ] 416.60 (minor)
      - [ ] 416.30 (joint stock company/association)  [ ] 416.70 (ward or conservatee)
      - [ ] 416.40 (association or partnership)       [ ] 416.90 (authorized person)
      - [ ] 416.50 (public entity)        [ ] 415.46 (occupant)
                                          [ ] other:

7. **Person who served papers**
   a. Name: Fred W. Schwinn
   b. Address: 12 South First Street, Suite 1014, San Jose, CA 95113-2418
   c. Telephone number: (408) 294-6100
   d. **The fee** for service was: $
   e. I am:
      - (1) [ ] not a registered California process server.
      - (2) [X] exempt from registration under Business and Professions Code section 22350(b).
      - (3) [ ] registered California process server:
         - (i) [ ] owner  [ ] employee  [ ] independent contractor.
         - (ii) Registration No.:
         - (iii) County:

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: March 28, 2008



Fred W. Schwinn (SBN 225575)                                      ▶
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                      (SIGNATURE)

Case 5:08-cv-00910-RMW    Document 5    Filed 03/28/2008    Page 7 of 7

MC-020

SHORT TITLE:
NAPIER v. TITAN MANAGEMENT SERVICES, LLC, et al.

CASE NUMBER:
C08-00910-RS



(Required for verified pleading) The items on this page stated on information and belief are (specify item numbers, not line numbers):

This page may be used with any Judicial Council form or any other paper filed with the court.    Page    3

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]
Optional Form
Martin Dean's Essential Forms TM

ADDITIONAL PAGE
Attach to Judicial Council Form or Other Court Paper

CRC 201, 501