1   Fred W. Schwinn (SBN 225575)
    CONSUMER LAW CENTER, INC.
2   12 South First Street, Suite 1014
    San Jose, California  95113-2418
3   Telephone Number: (408) 294-6100
    Facsimile Number: (408) 294-6190
4   Email Address: fred.schwinn@sjconsumerlaw.com

5   Attorney for Plaintiff
    BETTY JEAN NAPIER

6

7

8                   **IN THE UNITED STATES DISTRICT COURT**
                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9                          **SAN JOSE DIVISION**

10   BETTY JEAN NAPIER,                           Case No.  C08-00910-RS

11                          Plaintiff,

12   v.                                           **REQUEST FOR ENTRY OF**
                                                  **DEFAULT AGAINST DEFENDANT,**
13   TITAN MANAGEMENT SERVICES, LLC,              **TITAN MANAGEMENT SERVICES,**
     a Georgia limited liability company, and     **LLC**
14   FREDERICK ALLEN HOWARD,
     individually and in his official capacity,
15
                            Defendants.
16

17   TO: CLERK OF THE DISTRICT COURT:

18          Please enter a default in this matter against Defendant, TITAN MANAGEMENT

19   SERVICES, LLC, on the ground that said party has failed to plead or otherwise defend this action

20   within the time prescribed by the Federal Rules of Civil Procedure.  Specific facts supporting the

21   entry of default are set forth in the accompanying declaration of counsel.

22

23                                               CONSUMER LAW CENTER, INC.

24   Dated: April 2, 2008                        By: /s/ Fred W. Schwinn
                                                     Fred W. Schwinn, Esq.
25                                                   Attorney for Plaintiff
                                                     BETTY JEAN NAPIER
26

27

28

     REQUEST FOR ENTRY OF DEFAULT                              Case No.  C08-00910-RS

1 Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
2 12 South First Street, Suite 1014
San Jose, California 95113-2418
3 Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
4 Email Address: fred.schwinn@sjconsumerlaw.com

5 Attorney for Plaintiff
BETTY JEAN NAPIER

6

7

8        **IN THE UNITED STATES DISTRICT COURT**
        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9                **SAN JOSE DIVISION**

10  BETTY JEAN NAPIER,                    Case No. C08-00910-RS

11                    Plaintiff,

12  v.                                    **DECLARATION OF COUNSEL IN**
                                          **SUPPORT OF ENTRY OF DEFAULT**
13  TITAN MANAGEMENT SERVICES, LLC,       **AGAINST DEFENDANT, TITAN**
    a Georgia limited liability company, and  **MANAGEMENT SERVICES, LLC**
14  FREDERICK ALLEN HOWARD,
    individually and in his official capacity,  [Fed. R. Civ. P. 55(a)]
15
                    Defendants.
16

17        FRED W. SCHWINN, hereby declares under penalty of perjury, pursuant to 28 U.S.C. §

18  1746, that the following statements are true and correct:

19        1.    I am an attorney and counselor at law, duly admitted to practice before this

20  Court, and the counsel of record for Plaintiff. In my capacity as the counsel of record for Plaintiff,

21  I have personal knowledge of the matters stated in this declaration.

22        2.    I hereby make application to the Clerk of this Court for entry of default as to

23  Defendant, TITAN MANAGEMENT SERVICES, LLC, pursuant to Rule 55(a), Federal Rules of

24  Civil Procedure, and in support of this application do show that:

25              a.    Defendant was personally served, through its agent for service of

26                    process, with copies of Plaintiff's Summons and Complaint as

27                    provided by Rule 4(c)(1), Federal Rules of Civil Procedure;

28              b.    Upon Plaintiff's information and belief, Defendant, being a Georgia

- 1 -
DECLARATION OF COUNSEL                              Case No. C08-00910-RS

1      limited liability company with its principal place of business in

2      Duluth, Georgia, is neither an infant nor an incompetent person

3      requiring special service in accordance with Rule 4(g), Federal Rules

4      of Civil Procedure, and is not serving with the armed forces of the

5      United States entitled to the protection of 50 U.S.C. App. Section

6      520;

7      c.      Defendant has neither answered nor otherwise responded formally to

8      Plaintiffs's Summons and Complaint, and the time to do so, as

9      provided in Rule 12(a), Federal Rules of Civil Procedure, has

10      expired;

11      d.      Copies of this Declaration and the Request for Entry of Default,

12      seeking entry of default, which are being filed herewith, have this

13      date been served upon Defendant by regular mail, postage prepaid.

14      Executed on April 2, 2008, at San Jose, California.

15                                     /s/ Fred W. Schwinn
                                       Fred W. Schwinn, Esq.
16                                     Attorney for Plaintiff
                                       BETTY JEAN NAPIER

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

DECLARATION OF COUNSEL                                    Case No.  C08-00910-RS

1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**
           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9                      **SAN JOSE DIVISION**

10   BETTY JEAN NAPIER,                          Case No.  C08-00910-RS

11                           Plaintiff,

12   v.                                          **ENTRY OF DEFAULT AGAINST**
                                                 **DEFENDANT, TITAN**
13   TITAN MANAGEMENT SERVICES, LLC,             **MANAGEMENT SERVICES, LLC**
     a Georgia limited liability company, and
14   FREDERICK ALLEN HOWARD,
     individually and in his official capacity,
15
                             Defendants.
16

17        It appears from the record that the following defendant failed to plead or otherwise

18   defend in this case as required by law.

19
     ┌─────────────────────────────────────────────────────────┐
20   │ Name:                                                     │
     │        TITAN MANAGEMENT SERVICES, LLC                     │
     └─────────────────────────────────────────────────────────┘
21

22        Therefore, default is entered against the defendant as authorized by Fed R. Civ. P. 55(a).

23

24                                               _____
                                                 Clerk of the Court
25

26   _____                         By: _____
          Date                                        Deputy Clerk
27

28

     ENTRY OF DEFAULT                                           Case No.  C08-00910-RS

1   Fred W. Schwinn (SBN 225575)
    CONSUMER LAW CENTER, INC.
2   12 South First Street, Suite 1014
    San Jose, California  95113-2418
3   Telephone Number: (408) 294-6100
    Facsimile Number: (408) 294-6190
4   Email Address: fred.schwinn@sjconsumerlaw.com

5   Attorney for Plaintiff
    BETTY JEAN NAPIER

6

7

8              **IN THE UNITED STATES DISTRICT COURT**
           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9                    **SAN JOSE DIVISION**

10
    BETTY JEAN NAPIER,                          Case No.  C08-00910-RS
11
                          Plaintiff,
12                                              **CERTIFICATE OF SERVICE**
    v.                                          **BY MAIL**
13
    TITAN MANAGEMENT SERVICES, LLC,
14  a Georgia limited liability company, and
    FREDERICK ALLEN HOWARD,
15  individually and in his official capacity,

16                        Defendants.

17  STATE OF CALIFORNIA            )
                                   ) ss:
18  COUNTY OF SANTA CLARA          )

19      I am employed in the County of Santa Clara, California.  I am over the age of eighteen years

20  and not a party to the within entitled cause.  My business address is 12 South First Street, Suite

21  1014, San Jose, California  95113-2418.  On April 2, 2008, I served the following:

22          1.    REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT, TITAN
                  MANAGEMENT SERVICES, LLC
23
            2.    DECLARATION OF COUNSEL IN SUPPORT OF ENTRY OF DEFAULT
24                AGAINST DEFENDANT, TITAN MANAGEMENT SERVICES, LLC

25          3.    ENTRY OF DEFAULT AGAINST DEFENDANT, TITAN MANAGEMENT
                  SERVICES, LLC
26

27  on the interested parties in said cause, by placing a true and correct copy thereof in a sealed envelope

28  with postage fully prepaid thereon and depositing it in the United States mail at San Jose, California

                                        -1-
    CERTIFICATE OF SERVICE BY MAIL                              Case No. C08-00910-RS

-2-

1  addressed as follows:

2  **DEFENDANT:**

3  Titan Management Services, LLC
   c/o Frederick Allen Howard, Agent for Service
   2160 Satellite Boulevard, Suite 350

4  Duluth, GA  30097-4074

5

6  I declare under penalty of perjury that the foregoing is true and correct and that this

7  declaration was executed at San Jose, California on April 2, 2008.

8  /s/ Fred W. Schwinn

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

CERTIFICATE OF SERVICE BY MAIL                                    Case No. C08-00910-RS