| | |
|---|---|
| 1 | Fred W. Schwinn (SBN 225575) |
| | CONSUMER LAW CENTER, INC. |
| 2 | 12 South First Street, Suite 1014 |
| | San Jose, California  95113-2418 |
| 3 | Telephone Number: (408) 294-6100 |
| | Facsimile Number: (408) 294-6190 |
| 4 | Email Address: fred.schwinn@sjconsumerlaw.com |
| 5 | Attorney for Plaintiff |
| | BETTY JEAN NAPIER |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| BETTY JEAN NAPIER, | Case No.  C08-00910-RS |
| Plaintiff, | |
| v. | **REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT, FREDERICK ALLEN HOWARD** |
| TITAN MANAGEMENT SERVICES, LLC, a Georgia limited liability company, and FREDERICK ALLEN HOWARD, individually and in his official capacity, | |
| Defendants. | |

TO: CLERK OF THE DISTRICT COURT:

Please enter a default in this matter against Defendant, FREDERICK ALLEN HOWARD, on the ground that said party has failed to plead or otherwise defend this action within the time prescribed by the Federal Rules of Civil Procedure.  Specific facts supporting the entry of default are set forth in the accompanying declaration of counsel.

CONSUMER LAW CENTER, INC.

Dated: April 2, 2008            By: /s/ Fred W. Schwinn
                                    Fred W. Schwinn, Esq.
                                    Attorney for Plaintiff
                                    BETTY JEAN NAPIER

---

REQUEST FOR ENTRY OF DEFAULT                                                Case No.  C08-00910-RS

Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
BETTY JEAN NAPIER

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| BETTY JEAN NAPIER,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>TITAN MANAGEMENT SERVICES, LLC, a Georgia limited liability company, and FREDERICK ALLEN HOWARD, individually and in his official capacity,<br><br>　　　　　　　　Defendants. | Case No. C08-00910-RS<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF ENTRY OF DEFAULT AGAINST DEFENDANT, FREDERICK ALLEN HOWARD**<br><br>[Fed. R. Civ. P. 55(a)] |

　　　　FRED W. SCHWINN, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following statements are true and correct:

　　　　1.　　I am an attorney and counselor at law, duly admitted to practice before this Court, and the counsel of record for Plaintiff. In my capacity as the counsel of record for Plaintiff, I have personal knowledge of the matters stated in this declaration.

　　　　2.　　I hereby make application to the Clerk of this Court for entry of default as to Defendant, FREDERICK ALLEN HOWARD, pursuant to Rule 55(a), Federal Rules of Civil Procedure, and in support of this application do show that:

　　　　　　　　a.　　Defendant was substitute served, through his wife, with copies of Plaintiff's Summons and Complaint as provided by Rule 4(c)(1), Federal Rules of Civil Procedure;

　　　　　　　　b.　　Upon Plaintiff's information and belief, Defendant, being an

- 1 -

1  individual with his principal place of business in Duluth, Georgia, is
2  neither an infant nor an incompetent person requiring special service
3  in accordance with Rule 4(g), Federal Rules of Civil Procedure, and
4  is not serving with the armed forces of the United States entitled to
5  the protection of 50 U.S.C. App. Section 520;

6  c.  Defendant has neither answered nor otherwise responded formally to
7  the Plaintiffs's Summons and Complaint, and the time to do so, as
8  provided in Rule 12(a), Federal Rules of Civil Procedure, has
9  expired;

10  d.  Copies of this Declaration and the Request for Entry of Default,
11  seeking entry of default, which are being filed herewith, have this
12  date been served upon Defendant by regular mail, postage prepaid.

13  Executed on April 2, 2008, at San Jose, California.

/s/ Fred W. Schwinn
Fred W. Schwinn, Esq.
Attorney for Plaintiff
BETTY JEAN NAPIER

- 2 -

DECLARATION OF COUNSEL                             Case No. C08-00910-RS

1
2
3
4
5
6
7
8 **IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9 **SAN JOSE DIVISION**

10 | BETTY JEAN NAPIER, | Case No. C08-00910-RS
11 | Plaintiff, |
12 | v. | **ENTRY OF DEFAULT AGAINST DEFENDANT, FREDERICK ALLEN HOWARD**
13 | TITAN MANAGEMENT SERVICES, LLC, a Georgia limited liability company, and FREDERICK ALLEN HOWARD, individually and in his official capacity, |
14 | |
15 | |
16 | Defendants. |

17   It appears from the record that the following defendant failed to plead or otherwise

18 defend in this case as required by law.

19
20   Name: FREDERICK ALLEN HOWARD
21
22   Therefore, default is entered against the defendant as authorized by Fed R. Civ. P. 55(a).
23
24
   Clerk of the Court
25
26   _____       By: _____
   Date                      Deputy Clerk
27
28

ENTRY OF DEFAULT                                                            Case No. C08-00910-RS

1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   BETTY JEAN NAPIER

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| BETTY JEAN NAPIER,<br><br>          Plaintiff,<br><br>v.<br><br>TITAN MANAGEMENT SERVICES, LLC,<br>a Georgia limited liability company, and<br>FREDERICK ALLEN HOWARD,<br>individually and in his official capacity,<br><br>          Defendants. | Case No.  C08-00910-RS<br><br>**CERTIFICATE OF SERVICE**<br>**BY MAIL** |

STATE OF CALIFORNIA      )
                         ) ss:
COUNTY OF SANTA CLARA    )

    I am employed in the County of Santa Clara, California.  I am over the age of eighteen years and not a party to the within entitled cause.  My business address is 12 South First Street, Suite 1014, San Jose, California  95113-2418.  On April 2, 2008, I served the following:

    1.  REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT, FREDERICK ALLEN HOWARD

    2.  DECLARATION OF COUNSEL IN SUPPORT OF ENTRY OF DEFAULT AGAINST DEFENDANT, FREDERICK ALLEN HOWARD

    3.  ENTRY OF DEFAULT AGAINST DEFENDANT, FREDERICK ALLEN HOWARD

on the interested parties in said cause, by placing a true and correct copy thereof in a sealed envelope with postage fully prepaid thereon and depositing it in the United States mail at San Jose, California

-1-

CERTIFICATE OF SERVICE BY MAIL                                                              Case No. C08-00910-RS

-2-

1 addressed as follows:

**DEFENDANT:**
Frederick Allen Howard
Titan Management Services, LLC
2160 Satellite Boulevard, Suite 350
Duluth, GA  30097-4074

**DEFENDANT:**
Frederick Allen Howard
10665 Nellie Brook Court C
Duluth, GA  30097-1901

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Jose, California on April 2, 2008.

/s/ Fred W. Schwinn

CERTIFICATE OF SERVICE BY MAIL                                    Case No. C08-00910-RS