**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking　　　　　　　　　　　　　　　　　　　　　　　　　　General Court Number
Clerk　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　408.535.5364

April 8, 2008

RE:  <u>CV 08-00910 RS</u>　　　　<u>BETTY JEAN NAPIER-v- TITAN MANAGEMNET
SERVICES, LLC., ET AL.</u>

Default is declined as to Defendant Titan Management Services, LLC  on April 8, 2008.


　　　　　　　　　　　　　　　　　　　　RICHARD W. WIEKING, Clerk


　　　　　　　　　　　　　　　　　　　　by:  <u>Betty Walton</u>
　　　　　　　　　　　　　　　　　　　　Case Systems Administrator