**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

April 8, 2008

RE:  CV 08-00910 RS      BETTY JEAN NAPIER-v- TITAN MANAGEMENT SERVICES, LLC., ET AL.

.Default is declined as to Defendant Frederick Allen Howard on April 8, 2008.

          RICHARD W. WIEKING, Clerk

          by Betty Walton
          Case Systems Administrator

NDC TR-4  Rev. 3/89