Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
BETTY JEAN NAPIER

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| BETTY JEAN NAPIER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TITAN MANAGEMENT SERVICES, LLC, a Georgia limited liability company, and FREDERICK ALLEN HOWARD, individually and in his official capacity,<br><br>　　　　　Defendants. | Case No. C08-00910-RS<br><br>**REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT, TITAN MANAGEMENT SERVICES, LLC** |

TO: CLERK OF THE DISTRICT COURT:

Please enter a default in this matter against Defendant, TITAN MANAGEMENT SERVICES, LLC, on the ground that said party has failed to plead or otherwise defend this action within the time prescribed by the Federal Rules of Civil Procedure. Specific facts supporting the entry of default are set forth in the accompanying declaration of counsel.

　　　　　　　　　　　　　　　　　　　　　　CONSUMER LAW CENTER, INC.

Dated: April 23, 2008　　　　　　　　　　By: /s/ Fred W. Schwinn
　　　　　　　　　　　　　　　　　　　　　　　　Fred W. Schwinn, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　BETTY JEAN NAPIER

---

REQUEST FOR ENTRY OF DEFAULT　　　　　　　　　　　　　　　　　　　　　Case No. C08-00910-RS

1 Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
2 12 South First Street, Suite 1014
San Jose, California 95113-2418
3 Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
4 Email Address: fred.schwinn@sjconsumerlaw.com

5 Attorney for Plaintiff
BETTY JEAN NAPIER

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| BETTY JEAN NAPIER,<br><br>Plaintiff,<br><br>v.<br><br>TITAN MANAGEMENT SERVICES, LLC, a Georgia limited liability company, and FREDERICK ALLEN HOWARD, individually and in his official capacity,<br><br>Defendants. | Case No. C08-00910-RS<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF ENTRY OF DEFAULT AGAINST DEFENDANT, TITAN MANAGEMENT SERVICES, LLC**<br><br>[Fed. R. Civ. P. 55(a)] |

FRED W. SCHWINN, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following statements are true and correct:

    1.    I am an attorney and counselor at law, duly admitted to practice before this Court, and the counsel of record for Plaintiff. In my capacity as the counsel of record for Plaintiff, I have personal knowledge of the matters stated in this declaration.

    2.    I hereby make application to the Clerk of this Court for entry of default as to Defendant, TITAN MANAGEMENT SERVICES, LLC, pursuant to Rule 55(a), Federal Rules of Civil Procedure, and in support of this application do show that:

    a.    Defendant was served by Certified Mail with Return Receipt, with copies of Plaintiff's Summons and Complaint, as authorized by Cal. Civil Procedure Code § 415.40 and Rule 4(c)(1), Federal Rules of Civil Procedure;;

| | | |
|---|---|---|
|1| b. | Upon Plaintiff's information and belief, Defendant, being a Georgia limited liability company with its principal place of business in Duluth, Georgia, is neither an infant nor an incompetent person requiring special service in accordance with Rule 4(g), Federal Rules of Civil Procedure, and is not serving with the armed forces of the United States entitled to the protection of 50 U.S.C. § 520; |
|7| c. | Defendant has neither answered nor otherwise responded formally to Plaintiffs's Summons and Complaint, and the time to do so, as provided in Rule 12(a), Federal Rules of Civil Procedure, has expired; |
|11| d. | Copies of this Declaration and the Request for Entry of Default, seeking entry of default, which are being filed herewith, have this date been served upon Defendant by regular mail, postage prepaid. |

Executed on April 23, 2008, at San Jose, California.

/s/ Fred W. Schwinn
Fred W. Schwinn, Esq.
Attorney for Plaintiff
BETTY JEAN NAPIER

- 2 -

DECLARATION OF COUNSEL                                              Case No. C08-00910-RS

1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| BETTY JEAN NAPIER,<br><br>                     Plaintiff,<br><br>v.<br><br>TITAN MANAGEMENT SERVICES, LLC,<br>a Georgia limited liability company, and<br>FREDERICK ALLEN HOWARD,<br>individually and in his official capacity,<br><br>                     Defendants. | Case No.  C08-00910-RS<br><br>**ENTRY OF DEFAULT AGAINST DEFENDANT, TITAN MANAGEMENT SERVICES, LLC** |

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

Name: TITAN MANAGEMENT SERVICES, LLC

Therefore, default is entered against the defendant as authorized by Fed R. Civ. P. 55(a).

                                                                        _____
                                                                        Clerk of the Court

_____                          By: _____
         Date                                                          Deputy Clerk

ENTRY OF DEFAULT                                                                   Case No.  C08-00910-RS

1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   BETTY JEAN NAPIER

6

7

8  **IN THE UNITED STATES DISTRICT COURT**
   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9  **SAN JOSE DIVISION**

10 BETTY JEAN NAPIER,                          Case No. C08-00910-RS

11              Plaintiff,

12 v.                                          **CERTIFICATE OF SERVICE**
                                               **BY MAIL**
13 TITAN MANAGEMENT SERVICES, LLC,
   a Georgia limited liability company, and
14 FREDERICK ALLEN HOWARD,
   individually and in his official capacity,
15
                Defendants.
16

17 STATE OF CALIFORNIA     )
                           ) ss:
18 COUNTY OF SANTA CLARA   )

19     I am employed in the County of Santa Clara, California. I am over the age of eighteen years

20 and not a party to the within entitled cause. My business address is 12 South First Street, Suite

21 1014, San Jose, California 95113-2418. On April 23, 2008, I served the following:

22     1.   REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT, TITAN
            MANAGEMENT SERVICES, LLC
23
       2.   DECLARATION OF COUNSEL IN SUPPORT OF ENTRY OF DEFAULT
24          AGAINST DEFENDANT, TITAN MANAGEMENT SERVICES, LLC

25     3.   ENTRY OF DEFAULT AGAINST DEFENDANT, TITAN MANAGEMENT
            SERVICES, LLC
26

27 on the interested parties in said cause, by placing a true and correct copy thereof in a sealed envelope

28 with postage fully prepaid thereon and depositing it in the United States mail at San Jose, California

-2-

1  addressed as follows:

2  **DEFENDANT:**
   Titan Management Services, LLC
3  c/o Frederick Allen Howard, Agent for Service
   2160 Satellite Boulevard, Suite 350
4  Duluth, GA  30097-4074

5

6      I declare under penalty of perjury that the foregoing is true and correct and that this

7  declaration was executed at San Jose, California on April 23, 2008.

8                              /s/ Fred W. Schwinn

CERTIFICATE OF SERVICE BY MAIL                              Case No. C08-00910-RS