**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

April 25, 2008

RE:  <u>CV 08-00910 RS</u>        <u>BETTY JEAN NAPIER-v- TITAN MANAGEMNET SERVICES, LLC., ET AL.</u>

Default is entered as to Defendant Frederick Allen Howard  on April 25, 2008 .

           RICHARD W. WIEKING, Clerk

           by <u>Betty Walton</u>
           Case Systems Administrator

NDC TR-4  Rev. 3/89