**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
408.535.5364

April 25, 2008

RE: <u>CV 08-00910 RS</u>      <u>BETTY JEAN NAPIER-v- TITAN MANAGEMNET SERVICES, LLC., ET AL.</u>

Default is entered as to Defendant Titan Management Services, LLC on April 25, 2008. .

        RICHARD W. WIEKING, Clerk

        by <u>Betty Walton</u>
        Case Systems Administrator

NDC TR-4  Rev. 3/89