1 Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
2 12 South First Street, Suite 1014
San Jose, California 95113-2403
3 Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
4 Email Address: fred.schwinn@sjconsumerlaw.com

5 Attorney for Plaintiff
BETTY JEAN NAPIER

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| BETTY JEAN NAPIER,<br><br>                Plaintiff,<br><br>v.<br><br>TITAN MANAGEMENT SERVICES, LLC,<br>a Georgia limited liability company, and<br>FREDERICK ALLEN HOWARD,<br>individually and in his official capacity,<br><br>                Defendants. | Case No. C08-00910-RS<br><br>**DECLINATION TO PROCEED**<br>**BEFORE A UNITED STATES**<br>**MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO**<br>**A UNITED STATES DISTRICT**<br>**JUDGE** |

The undersigned party declines to consent to the assignment of this case to a United States Magistrate Judge for trial or disposition and hereby requests the reassignment of this case to a United States District Judge.

                                                      CONSUMER LAW CENTER, INC.

Dated: April 25, 2008                      By: /s/ Fred W. Schwinn
                                                                  Fred W. Schwinn, Esq.
                                                                  Attorney for Plaintiff
                                                                   BETTY JEAN NAPIER