1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| BETTY JEAN NAPIER, | C 08-00910 RS |
|---|---|
| Plaintiff(s), | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
| VS. | |
| TITAN MANAGEMENT SERVICES, LLC, ET AL, | |
| Defendant(s). | |

12   The Clerk of this Court will now randomly reassign this case to a United
13 States District Judge because one or more of the parties has requested reassignment to
14 a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.
15   PLEASE TAKE NOTICE that a Case Management Conference in the above-
16 entitled matter which was previously set for June 4, 2008 before the Honorable
17 Judge Richard Seeborg has been continued to June 6, 2008 @ **10:30 a.m.**,
18 before the Honorable Judge Ronald M. Whyte.  Parties are to appear in courtroom #6, 4th
19 floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are to
20 submit a Joint Case Management Statement on May 28, 2008.
21   If the above-entitled matter settles counsel are required to notify the Court
22 by contacting the Courtroom Deputy at (408) 535-5375 to take this matter off
23 calendar.

24
Dated: April 28, 2008                                RICHARD W. WIEKING,
25                                                              Clerk of Court

26                                                              /s/_____
                                                                  Martha Parker Brown
27                                                              Deputy Clerk
28