1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   BETTY JEAN NAPIER

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| BETTY JEAN NAPIER,<br><br>  Plaintiff,<br><br>v.<br><br>TITAN MANAGEMENT SERVICES, LLC,<br>a Georgia limited liability company, and<br>FREDERICK ALLEN HOWARD,<br>individually and in his official capacity,<br><br>  Defendants. | Case No. C08-00910-RMW-RS<br><br>**CERTIFICATE OF SERVICE BY MAIL** |

STATE OF CALIFORNIA    )
                       ) ss:
COUNTY OF SANTA CLARA  )

I am employed in the County of Santa Clara, California. I am over the age of eighteen years and not a party to the within entitled cause. My business address is 12 South First Street, Suite 1014, San Jose, California 95113-2418. On June 13, 2008, I served the following:

1. CLERK'S NOTICE CONTINUING HEARING DATE AND TIME

on the interested parties in said cause, by placing a true and correct copy thereof in a sealed envelope with postage fully prepaid thereon and depositing it in the United States mail at San Jose, California addressed as follows:

-1-

CERTIFICATE OF SERVICE BY MAIL                              Case No. C08-00910-RMW-RS

**DEFENDANT:**
Titan Management Services, LLC
c/o Frederick Allen Howard, Agent for Service
2160 Satellite Boulevard, Suite 350
Duluth, GA  30097-4074

**DEFENDANT:**
Frederick Allen Howard
Titan Management Services, LLC
2160 Satellite Boulevard, Suite 350
Duluth, GA  30097-4074

**DEFENDANT:**
Frederick Allen Howard
10665 Nellie Brook Court C
Duluth, GA  30097-1901

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Jose, California on June 13, 2008.

/s/ Fred W. Schwinn

-2-

CERTIFICATE OF SERVICE BY MAIL                                                      Case No. C08-00910-RMW-RS