1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2403
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   BETTY JEAN NAPIER

6

7

8              **IN THE UNITED STATES DISTRICT COURT**
               **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9                        **SAN JOSE DIVISION**

10   BETTY JEAN NAPIER,                          Case No.  C08-00910-RMW-RS

11                        Plaintiff,

12   v.                                          **REQUEST TO VACATE MOTION**
                                                 **HEARING AND CASE**
13   TITAN MANAGEMENT SERVICES, LLC,             **MANAGEMENT CONFERENCE**
     a Georgia limited liability company, and    **AND [PROPOSED] ORDER**
14   FREDERICK ALLEN HOWARD,
     individually and in his official capacity,
15
                          Defendants.
16

17       Plaintiff in the above-entitled action requests that the Court vacate the motion hearing and

18   case management conference currently scheduled for July 18, 2008, at 9:00 a.m. and 10:30 a.m.

19       On April 25, 2008, the Court Clerk entered the default of both Defendants in this case.

20   (Docs. 12 and 13)  On May 28, 2008, Plaintiff filed a Motion for Default Judgment against both

21   Defendants. (Doc. 17)  The hearing on Plaintiff's Motion for Default Judgment is set for July 18,

22   2008, at 9:00 a.m. before this Court. Defendants' response to said motion was due on or before June

23   27, 2008, pursuant to Civil L.R. 7-3, but Defendants have not filed a response and are in default.

24   Additionally, a Case Management Conference is set in this case for July 18, 2008, at 10:30 a.m.  In

25   light of Defendants' continued default in this matter, Plaintiff requests that the motion hearing and

26   Case Management Conference be taken off calendar and that the Court enter a Judgment by default

27   in this matter without requiring a further appearance by Plaintiff.

28   / / /

                                        -1-
REQUEST TO VACATE MOTION HEARING AND CMC              Case No.  C08-00910-RMW-RS

-2-

1    Dated: July 9, 2008                          /s/ Fred W. Schwinn
                                                      Fred W. Schwinn, Esq.
2                                                     Attorney for Plaintiff
                                                      BETTY JEAN NAPIER
3
                              **[PROPOSED] ORDER**
4
          Having considered the Plaintiff's Request to Vacate Motion Hearing and Case Management
5
   Conference, the request is hereby GRANTED.  (Please check all that apply)
6
          ☐    The Case Management Conference in this matter set for July 18, 2008, at 10:30 a.m.
7
                is vacated and no appearance by Plaintiff is required.
8
          ☐    The hearing on Plaintiff's Motion for Default Judgment set for July 18, 2008, at 9:00
9
                a.m. is hereby vacated and the matter is deemed submitted.
10
          ☐    A Case Management Conference shall be held on _____, at 10:30 a.m.
11
                No Case Management Statement will be required from Plaintiff.
12

13

14   Dated: _____

15                                                    Honorable Ronald M. Whyte
                                                      United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST TO VACATE MOTION HEARING AND CMC                    Case No.  C08-00910-RMW-RS