1 | Fred W. Schwinn (SBN 225575)
  | CONSUMER LAW CENTER, INC.
2 | 12 South First Street, Suite 1014
  | San Jose, California 95113-2403
3 | Telephone Number: (408) 294-6100
  | Facsimile Number: (408) 294-6190
4 | Email Address: fred.schwinn@sjconsumerlaw.com

5 | Attorney for Plaintiff
  | BETTY JEAN NAPIER                    *E-FILED - 7/16/08*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

BETTY JEAN NAPIER,                     Case No. C08-00910-RMW-RS

                    Plaintiff,

v.                                     **REQUEST TO VACATE MOTION
                                       HEARING AND CASE
                                       MANAGEMENT CONFERENCE
TITAN MANAGEMENT SERVICES, LLC,        AND [] ORDER**
a Georgia limited liability company, and
FREDERICK ALLEN HOWARD,
individually and in his official capacity,

                    Defendants.

Plaintiff in the above-entitled action requests that the Court vacate the motion hearing and case management conference currently scheduled for July 18, 2008, at 9:00 a.m. and 10:30 a.m.

On April 25, 2008, the Court Clerk entered the default of both Defendants in this case. (Docs. 12 and 13) On May 28, 2008, Plaintiff filed a Motion for Default Judgment against both Defendants. (Doc. 17) The hearing on Plaintiff's Motion for Default Judgment is set for July 18, 2008, at 9:00 a.m. before this Court. Defendants' response to said motion was due on or before June 27, 2008, pursuant to Civil L.R. 7-3, but Defendants have not filed a response and are in default. Additionally, a Case Management Conference is set in this case for July 18, 2008, at 10:30 a.m. In light of Defendants' continued default in this matter, Plaintiff requests that the motion hearing and Case Management Conference be taken off calendar and that the Court enter a Judgment by default in this matter without requiring a further appearance by Plaintiff.

/ / /

-1-

REQUEST TO VACATE MOTION HEARING AND CMC                    Case No. C08-00910-RMW-RS

1  Dated: July 9, 2008                             /s/ Fred W. Schwinn
                                                   Fred W. Schwinn, Esq.
2                                                  Attorney for Plaintiff
                                                   BETTY JEAN NAPIER
3
4                                    **[] ORDER**

5   Having considered the Plaintiff's Request to Vacate Motion Hearing and Case Management

    Conference, the request is hereby GRANTED.  (Please check all that apply)
6
7       [x]     The Case Management Conference in this matter set for July 18, 2008, at 10:30 a.m.

                is vacated and no appearance by Plaintiff is required.
8
9       ☐       The hearing on Plaintiff's Motion for Default Judgment set for July 18, 2008, at 9:00

                a.m. is hereby vacated and the matter is deemed submitted.
10
11      ☐       A Case Management Conference shall be held on _____, at 10:30 a.m.

                No Case Management Statement will be required from Plaintiff.
12
    The hearing on Plaintiff's Motion for Default Judgment shall remain on calendar
13  for July 18, 2008 at 9:00 a.m.  (rmw)

14  Dated: 7/16/08                                 /s/ Ronald M. Whyte
                                                   Honorable Ronald M. Whyte
15                                                 United States District Judge