UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: July 18, 2008

Case No. C-08-00910-RMW        JUDGE: Ronald M. Whyte

**BETTY JEAN NAPIER**        -V- **TITAN MANAGEMENT SERVICES, LLC, et al.**
Title

**R. Roulston**                          No Appearance
Attorneys Present (Plaintiff)        Attorneys Present (Defendant)

**COURT CLERK:** Jackie Garcia        **COURT REPORTER:** Lee-Anne Shortridge

PROCEEDINGS

PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

**ORDER AFTER HEARING**

Hearing Held. The Court called the matter and no appearance was made by the defendants. The Court's tentative ruling is to grant the motion for default judgment. The Court will award $500 in statutory damages, $3,960.00 in attorney's fees and $494.71 for costs. The Court to send out a final ruling to the parties. The matter is deemed submitted.