**E-FILED on** 7/25/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BETTY JEAN NAPIER,<br><br>    Plaintiff,<br><br>    v.<br><br>TITAN MANAGEMENT SERVICES, LLC<br>and FREDERICK ALLEN HOWARD,<br><br>    Defendants. | No. C-08-00910 RMW<br><br>JUDGMENT |

On  7/25/08  , the court issued an order granting plaintiff Betty Jean Napier's application for default judgment as to her claims against defendants Titan Management Services, LLC ("Titan") and Frederick Allen Howard. Accordingly, default judgment is hereby entered in favor of plaintiff and against defendants. Plaintiff is awarded damages in the amount of $500.00, attorney's fees in the amount of $3,960.00 and costs in the amount of $494.71.

IT IS HEREBY ORDERED THAT defendants shall pay to plaintiff a total of $4,954.71.

DATED:  7/25/08

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-08-00910 RMW
MAG

1 **Notice of this document has been electronically sent to:**

2 **Counsel for Plaintiff:**

3 Fred Schwinn            fred.schwinn@sjconsumerlaw.com

4 **Counsel for Defendants:**

5 No appearance

6
7 Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

8
9
10 **Dated:**    7/25/08                              /s/ MAG
                                                **Chambers of Judge Whyte**

**United States District Court**
For the Northern District of California

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JUDGMENT—No. C-08-00910 RMW
MAG                                              2